FILED: September 13, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1128
(1:21-cv-02224-GLR)

_____

PAUL CHARLES BIRD, SR.

    Debtor - Appellant

v.

SPECIALIZED LOAN SERVICING, LLC; BANK OF NEW YORK MELLON TRUST

    Defendants - Appellees

and

REBECCA ANNE HERR

    Trustee

_____

M A N D A T E

_____

The judgment of this court, entered August 22, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*